1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FREDERICK GATLIN,

11              Plaintiff,                    No. CIV S-06-2465 WBS GGH P

12         vs.

13   MR. NICHOLS, et al.,

14              Defendants.           FINDINGS & RECOMMENDATIONS

15   _____/

16         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

17   U.S.C. § 1983.  On December 26, 2006, the court issued an order finding that the complaint

18   stated a colorable claim for relief against defendant Nichols.  The court found that the claims

19   against defendant Cry did not state a colorable claim for relief and granted plaintiff thirty days to

20   file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint.

21         Accordingly, the court now recommends dismissal of the claims against defendant

22   Cry. The court has separately ordered service of defendant Nichols.

23         Accordingly, for the reasons stated in the December 26, 2006, order, IT IS

24   HEREBY RECOMMENDED that the claims against defendant Cry contained in the complaint

25   be dismissed.

26   /////

1

1          These findings and recommendations are submitted to the United States District

2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3   days after being served with these findings and recommendations, plaintiff may file written

4   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

6   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

7   F.2d 1153 (9th Cir. 1991).

8   DATED:   3/6/07

                                        /s/ Gregory G. Hollows
9
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
10

11  gat2465.56

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26