IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

      Plaintiff,              No. CIV S-06-2465 WBS GGH P

    vs.

MR. NICHOLS, et al.,

      Defendants.

_____/      ORDER

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 26, 2006, the court issued an order finding that the complaint stated a colorable claim for relief against defendant Nichols. The court found that the claims against defendant Cry did not state a colorable claim for relief and granted plaintiff thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of defendant Nichols and separately recommends dismissal of defendant Cry.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Service is appropriate for the following defendants: Nichols.

          4. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an instruction sheet and a copy of the complaint filed November 7, 2006.

1

2.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285 form for each defendant listed in number 3 above; and

    d.  Two copies of the endorsed complaint filed November 7, 2006.

3.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 3/6/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

gat2465.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

      Plaintiff,                      No. CIV S-06-2465 WBS GGH P

     vs.

MR. NICHOLS, et al.,                NOTICE OF SUBMISSION

      Defendants.                  OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     \_\_\_\_\_     completed summons form

     \_\_\_\_\_     completed USM-285 forms

     \_\_\_\_\_     copies of the _____
                               Complaint/Amended Complaint

DATED:

                                                  Plaintiff