IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

      Plaintiff,                     No. CIV S-06-2465 WBS GGH P

    vs.

MR. NICHOLS, et al.,

      Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 29, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1             1.  The findings and recommendations filed November 29, 2007, are adopted in
2    full; and
3             2.  Defendant's June 8, 2007, motion to dismiss for failure to exhaust
4    administrative remedies is denied; defendant shall file an answer to the complaint within twenty
5    days of the date of this order.
6    DATED:  January 23, 2008

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

gatl2465.801