EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5205
 Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendants Richard Nichols

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FREDERICK GATLIN,** | CASE NO.: 2:06-cv-2465 WBS GGH PC |
| Plaintiff, | **STIPULATION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL IN LIEU OF ORDER FOR MEDIATION** |
| v. | |
| **MR. NICHOLS, et al.,** | |
| Defendant. | |

On November 20, 2008, the parties had a telephone conference regarding the above matter and stipulate to the following:

1. Plaintiff agrees to withdraw his motion to compel filed on November 3, 2008, with the understanding that the parties seek to settle this matter through participation in the Pro Se Mediation Program with Judge Vadas. (Court Record (CR) 23.) In the event settlement is not reached in this matter, the parties will retain their litigation rights in this matter, as stated in the stipulation filed on October 7, 2008, seeking referral for mediation. (CR 22.)

2. In accordance with the stipulation filed on October 7, 2008, the parties request an order from this Court referring the matter to the Pro Se Mediation Program. (CR 22.)

IT IS SO STIPULATED.

Date: November 21, 2008          By: */s/ Frederick Gatlin*
                                     Frederick Gatlin
                                     Plaintiff in Pro Per

Date: November 24, 2008          By: */s/ Rebecca M. Armstrong*
                                     Rebecca M. Armstrong
                                     Attorney for Defendant Nichols

## ORDER

The Court, having considered the parties' stipulation for referral of the matter to the Pro Se Mediation Program with Judge Nandor Vadas, orders that all dates and motions scheduled are vacated, including plaintiff's November 3, 2008 motion to compel (Docket # 23). This case is now referred for mediation at the soonest available date. The parties are to arrange the mediation logistics with Judge Vadas, and shall inform the court concerning the status of the mediation no later than February 13, 2008.

Dated: November 25, 2008

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

gatl2465.ref

SA2007301588

---

**STIPULATION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL
IN LIEU OF ORDER FOR MEDIATION**