IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

       Plaintiff,                                No. CIV S-06-2465 WBS GGH P

  vs.

MR. NICHOLS, et al.,

       Defendants.                    <u>ORDER</u>

_____/

         On October 7, 2008, the parties filed a stipulation requesting that the court refer this case to the pro se mediation program with Magistrate Judge Vadas. Plaintiff is housed at the California Medical Facility.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. This action is referred to Magistrate Judge Vadas and the pro se mediation program to explore settlement in this case.

         2. A mediation is set for January 21, 2009, at 9:00 at California State Prison-Solano.

DATED: December 3, 2008

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

gat2465.med