United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

    Plaintiff,

    v

MR. NICHOLS, et al.,

    Defendants.

Case No C 06-2465 WBS GGH PC

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on January 21, 2009. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Rebecca Armstrong-Grau

    ☒ Other: California Department of Corrections and Rehabilitation, Stephanie Wheatley

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 2/17/09

_____
Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GATLIN                                                                  No. C 06-2465

v.                                                                   CERTIFICATE OF SERVICE

MR NICHOLS
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 17, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Frederick Gatlin**
P-19908
California Medical Facility
PO Box 2000
Vacaville, CA 95696-2000

                                                                      RICHARD W. WIEKING, CLERK


                                                                      By:/s/_____
                                                                          Deputy Clerk

3

*United States District Court*
*For the Northern District of California*