IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

       Plaintiff,                    No. CIV S-06-2465 WBS GGH P

  vs.

MR. NICHOLAS, et al.,

       Defendants.              <u>ORDER</u>

        /

        On April 23, 2009, the court issued a further scheduling order setting a pretrial statement deadline. On May 27, 2009, plaintiff filed a motion for reconsideration of that order, so that plaintiff could re-file a motion to compel. The deadline for discovery and to file a motion to compel was on November 7, 2008. Plaintiff initially filed a motion to compel on November 3, 2008. However, plaintiff withdrew the motion to compel on November 24, 2008, in order to participate in a pro se prisoner settlement proceeding with Magistrate Judge Vadas. Plaintiff participated in the settlement proceeding on January 21, 2009, however no settlement was reached.

        Plaintiff now renews his motion to compel. As plaintiff did in good faith withdraw his motion to compel and participate in settlement with Magistrate Judge Vadas, the court will grant the motion for reconsideration and vacate the April 23, 2009, scheduling order. Defendant is ordered to respond to the motion to compel that plaintiff re-filed as part of his May

27, 2009, motion for reconsideration.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Reconsideration is granted and the court's April 23, 2009, scheduling order is vacated.

2. Defendant is to reply to the motion to compel filed on May 27, 2009, within thirty days of service of this order.

DATED: June 10, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
gatl2465.vac

2