UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK GATLIN, | No. 2:06-cv-2465 WBS KJN |
| Plaintiff, | |
| vs. | |
| NICHOLS, et al., | <u>ORDER</u> |
| Defendants. | |
| _____/ | |

      Plaintiff is a prisoner proceeding without counsel with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California State Prison, Solano (CSP-SOL), on April 13, 2010, at 11:00 a.m.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. This case is set for mediation before Magistrate Judge Nandor J. Vadas on April 13, 2010, at 11:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California 95696.

      2. Parties are to appear with full settlement authority.

      3. The parties are directed to provide confidential settlement conference statements to Judge Vadas, USDC CAND, 514 H Street, Eureka, CA 95501, or via email at NJVpo@cand.uscourts.gov, so that they arrive no later than March 30, 2010.

////

1   4. The Clerk of the Court is directed to serve a courtesy copy of this order on the
2 Litigation Office at California State Prison, Solano, via fax at (707) 454-3429.
3 DATED: March 1, 2010
4
5
6   _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE
7
8 gatl2465.set