IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

        Plaintiff,                    No. 2:06-cv-2465 WBS KJN P

    vs.

MR. NICHOLS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding with counsel, seeks relief pursuant to 42 U.S.C. § 1983. A mediation is scheduled for this case on April 13, 2010, with Magistrate Judge Nandor J. Vadas.

        Plaintiff's request for a 30 day extension to file a pretrial statement is denied. The prior scheduling order (Dkt. No. 30) was vacated and there is currently no deadline for pretrial statements. If the pending mediation is unsuccessful, the court will issue a new scheduling order. Plaintiff's motion to forward any funds from a mediation directly to his personal bank account (Dkt. No. 45) is denied. Any settlement funds must be deposited into plaintiff's prisoner trust account.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's Motion for an extension to file a pretrial statement (Dkt. No. 42) is

1

denied.

2. Plaintiff's motion to place money directly into his personal bank account (Dkt. No. 45) is denied.

DATED: March 16, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gatl2465.ord.