IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

      Plaintiff,                No. 2:06-cv-2465 WBS KJN P

    vs.

NICHOLS, et al.,                ORDER

      Defendants.

_____/

      Plaintiff is a state prisoner, proceeding without counsel, on an action pursuant to 42 U.S.C. § 1983. On April 20, 2010, (Dkt. No. 48), plaintiff and the attorney for defendants filed a stipulation for voluntary dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly, the Clerk of Court shall close this case.

DATED: April 22, 2010

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

gatl2465.dsm.