IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

    Plaintiff,                    No. 2: 06-cv-2465 WBS KJN P

    vs.

NICHOLS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On April 20, 2010, notice was filed indicating that this action had settled. On April 23, 2010, this action was dismissed. On August 18, 2010, plaintiff filed a motion to either enforce or set aside the settlement agreement. (Dkt. No. 50.)

        IT IS HEREBY ORDERED that within twenty-one days defendants shall file a response to plaintiff's August 18, 2010, motion. (Dkt. No. 50.) Plaintiff may file a reply within seven days thereafter.

DATED: August 26, 2010

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

gat2465.ord

1