IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

      Plaintiff,               No. 2: 06-cv-2465 WBS KJN P

    vs.

NICHOLS, et al.,

      Defendants.        <u>ORDER</u>

_____/

        On April 20, 2010, notice was filed indicating that this action had settled. On April 23, 2010, this action was dismissed. On August 18, 2010, plaintiff filed a motion to either enforce or set aside the settlement agreement on grounds that the settlement monies had not yet been paid. On October 7, 2010, defendants filed a notice stating that the settlement monies have now been paid.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to enforce the settlement (Dkt. No. 50) is denied as moot.

DATED: October 13, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gat2465.den

1